UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| POWERSCHOOL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>LISA CLINE,<br><br>Defendant. | **Case: 1:25-mc-00054**<br>**Assigned To : Moss, Randolph D.**<br>**Assign. Date : 5/8/2025**<br>**Description: Misc. (O-DECK)** |

## POWERSCHOOL HOLDINGS INC.'S MOTION TO COMPEL COMPLIANCE WITH THIRD PARTY SUBPOENA

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant PowerSchool Holdings, Inc. ("PowerSchool") moves for an Order compelling third party Lisa Cline to fully comply with the Subpoena duces tecum (the "Subpoena") served on January 31, 2025 in connection with litigation arising out of the Northern District of California.

This Motion is based upon the accompanying Memorandum of Law and the Declaration of Eugene Temchenko and the exhibits thereto.

**RECEIVED**

MAY 8 2025

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Dated: May 8, 2025

Respectfully submitted,

/s/ Christopher B. Leach

Christopher B. Leach
District of Columbia Bar No. 1005476
Olivia Adendorff, P.C. (*Pro hac vice pending*)
District of Columbia Bar No. 1718874
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 389-5000
christopher.leach@kirkland.com
olivia.adendorff@kirkland.com

Eugene Temchenko (*Pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
eugene.temchenko@kirkland.com

*Counsel for Plaintiff PowerSchool Holdings, Inc.*